ENTERED ON DOCKET
10/12/99 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

EMERITO ESTRADA RIVERA-ISUZU DE P.R., INC.,

Plaintiff,

vs.

CONSUMERS UNION OF UNITED STATES, INC.,

Defendant.

CIVIL NO. 97-2936 (DRD)

## JUDGMENT

In accordance with the Order issued on this same date, Defendant's, Consumers Union of United States, Inc., Motion to Dismiss (Docket No.6), is hereby **GRANTED**, and this case is **DISMISSED**.

IT IS SO ADJUDGED AND DECREED.

In San Juan, Puerto Rico, this 30th day of September, 1999.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

P:\FINALORD ERS\97-2936.DIS



AO 72A
(Rev.8/82)